IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA THOMPSON                            PLAINTIFF

v.                      No. 4:12-cv-645-DPM

THOMAS J. VILSACK, Secretary,
United States Department of Agriculture;
and FOREST SERVICE                         DEFENDANTS

### ORDER

Thompson filed a *pro se* complaint alleging age, race, and sex discrimination by the Forest Service. In October 2012, the Court denied without prejudice her motion to proceed *in forma pauperis*. Document No. 5. Nothing has happened since. If she wants to pursue this case, Thompson must pay the $350 filing fee by 27 February 2013. The Court will dismiss this case without prejudice if she does not.

There also appears to be a service issue. Thompson had 120 days to serve her complaint properly. FED. R. CIV. P. 4(m). That period ended, by the Court's count, on 12 February 2013. Bland must therefore file proof of valid service before 12 February 2013, or a motion to extend her time for service showing good cause, by February 27th. If she does not, the Court must dismiss her complaint without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2013