IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA THOMPSON                                                   PLAINTIFF

v.                      No. 4:12-cv-645-DPM

THOMAS J. VILSACK, Secretary,
United States Department of Agriculture;
and FOREST SERVICE                               DEFENDANTS

### ORDER

The Court ordered Thompson to complete service on the Defendants in this case by 10 May 2013. № 11. Thompson offered the Defendants an opportunity to waive formal service, № 12, which it appears they refused. No waiver or proof of service appears of record. More than eight months have passed without progress in this case; and Thompson was warned more than two months ago that no more extensions for service would be granted. Her complaint is therefore dismissed without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2013