IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA THOMPSON**   **PLAINTIFF**

v.   No. 4:12-cv-645-DPM

**THOMAS J. VILSACK**, Secretary,
United States Department of Agriculture;
and **FOREST SERVICE**   **DEFENDANTS**

## JUDGMENT

Thompson's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2013