IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA THOMPSON**                                                                    **PLAINTIFF**

v.                                     No. 4:12-cv-645-DPM

**THOMAS J. VILSACK, Secretary,**
**United States Department of Agriculture;**
**and FOREST SERVICE**                                                        **DEFENDANTS**

## JUDGMENT

Thompson's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2013